AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:12-cv-13199-VAR-PJK
Hon. Victoria A. Roberts

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Darryl D Jackson

Date of Service: Sat 7/28/12 8:20 am

### Method of Service

____ Personally served at this address:

___✓___ Left copies at defendant's usual place of abode with (name of person): Jane Doe (sister) 6311 Colorado St, Romulus, MI 48174

B.F (Brown Skin) 45-50 yrs 5'5"-5'7" 150-170 lbs Black Hair

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $ —  Service $ 30.00  Total $ 30.00

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: BOOKER T. SAWYER III

Signature of Server: [signature]

Date: 7/31/12

Server's Address: 18701 Grand River Ste 121 Detroit MI 48223

ADRIENNE ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 23, 2014
ACTING IN COUNTY OF Wayne